Case No. 21-55682

Ninth Circuit Court of Appeals

Peter Strojnik (Appellant)

vs.

Village 1017 Coronado, Inc. dba Hotel Marisol Coronado

Appeal from the United States District Court for the District of Arizona

# NOTICE OF INTERVENING DISTRICT COURT ORDER VACATING ALL CONTEMPT RULINGS

Peter Strojnik
7847 N. Central Ave.
Phoenix, Arizona 85020
(602) 524-6602
ps@strojnik.com
Appellant

On December 21, 2021, the district court issued its Order vacating all contempt rulings. ECF No. 62, Exhibit 1.

The only remaining issues in the case are whether the district court had jurisdiction to enter two awards of attorney's fees and whether certain highly defamatory remarks should be stricken from the Order. Attached as Exhibit 2 is Appellant's (1) Motion To Strike All Post Dismissal Orders And Judgments For Lack Of Subject Matter Jurisdiction (In Addition To Contempt Rulings Vacated By Order Dated December 21, 2021. ECF No. 62); and (2) Request To Strike Superfluous, Disparaging And Defamatory Statements From Order ECF No. 62 Or To Provide Some Basis From The Record.

Appellant does not know which was to proceed in light of this development and asks the Court for guidance.

RESPECTFULLY SUBMITTED this 3rd day of January 2022.

PETER STROJNIK

/s/ Peter Strojnik
Peter Strojnik
Appellant

## CERTIFICATE OF SERVICE

I certify that on January 3, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

/s/ Peter Strojnik